UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANSARI TRADERS LLC, a New Jersey limited-liability company,<br><br>　　　　　Defendant. | CASE NO. 2:24-cv-11143-AB-AJR<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

1 | The Court, having read and reviewed the parties' Stipulation to Consent Judgment and Permanent Injunction, and in view of the Parties' confidential Settlement Agreement resolving this Action in its entirety, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Moldex owns the trademark for "Moldex" pursuant to United States Trademark Registration No. 1,312,127 (the "Moldex Mark"). *See* Exhibit 1.

2. Moldex owns the green color trademark used with Moldex's earplug products as shown in Exhibit 2 hereto (the "Green Color Trademark").

3. Ansari filed a trademark application for "Maldex," United States Trademark Application No. 98/518,436 (the "Maldex Mark").

4. Ansari has made, exported, imported, offered for sale, sold, advertised and/or marketed earplug products bearing the confusingly similar Maldex Mark and earplugs products with green colors in the United States that are confusingly similar to the Green Color Trademark (collectively, the "Infringing Products"), which are shown in Exhibit 3.

5. Ansari agrees that the Moldex Mark and Green Color Trademark are owned by Moldex and valid and enforceable.

6. Ansari agrees the Moldex Mark and Green Color Trademark have been marketed by Moldex for over 40 years to identify its earplugs and other personal protective equipment and to distinguish such products from those made and sold by others. Ansari agrees that Moldex's Green Color Trademark has acquired secondary meaning among buyers of earplugs in the United States as a source identifier for Moldex's earplugs and distinguishes Moldex's earplugs from the earplugs sold by others.

7. Except as provided in the confidential Settlement Agreement resolving this Action between the parties, Ansari and its officers, directors, agents, servants, employees, attorneys, assignees, and all persons or entities in active concert or participation with, through, or under Ansari are hereby permanently enjoined from

knowingly, directly or indirectly, (1) making (or having made for them), offering to sell, selling, exporting, importing, advertising and/or marketing in the United States the Infringing Products, and any other hue of green color earplugs; and (2) assisting, aiding, or abetting any other person or entity in performing any of the activities referred to in Paragraph (7)(1).

8. Ansari shall cancel its application for registration of the Maldex Mark, Trademark Application No. 98/518,436, in primary class 010.

9. Ansari shall never seek registration of the Maldex Mark or any other trademarks that are confusingly similar to the Moldex Mark in primary classes 009 or 010.

10. Ansari shall never sell products with the Maldex Mark in primary classes 009 or 010.

11. This Court shall retain jurisdiction of this action for the purpose of enforcing this Consent Judgment and Permanent Injunction.

12. Each party to this Action shall pay its own attorneys' fees and costs in connection with the resolution of this Action. In any action to remedy, prevent or obtain relief under this Consent Judgment and Permanent Injunction, the prevailing Party shall be awarded its reasonable attorneys' fees and costs.

13. No appeal shall be taken by any party from this Consent Judgment and Permanent Injunction, the right to appeal being expressly waived by all parties.

14. To the extent not specifically addressed herein, all claims, counterclaims, and affirmative defenses are dismissed with prejudice. This Consent Judgment and Permanent Injunction concludes this action.

The Clerk is directed to enter this Consent Judgment and Permanent Injunction without further notice.

DATED: February 11, 2025

_____
Hon. André Birotte Jr.
United States District Judge

# Exhibit 1

Int. Cls.: 9 and 10

Prior U.S. Cls.: 26 and 44

**United States Patent and Trademark Office**

Reg. No. 1,312,127
Registered Jan. 1, 1985

## TRADEMARK
Principal Register

## MOLDEX

Moldex/Metric Products, Inc. (California corporation)
4671 Leahy St.
Culver City, Calif. 90230

For: DISPOSABLE PROTECTIVE FILTER FACE MASK, in CLASS 9 (U.S. Cl. 26).
First use Jul. 3, 1980; in commerce Jul. 3, 1980.
For: DISPOSABLE PROTECTIVE EAR PLUGS, in CLASS 10 (U.S. Cl. 44).
First use Oct. 17, 1982; in commerce Oct. 17, 1982.

Ser. No. 451,679, filed Nov. 7, 1983.

JODY HALLER DRAKE, Examining Attorney

**Exhibit 2**







# Exhibit 3
# "Infringing Products



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



